JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA BROOKE, a married woman dealing with her sole and separate claim, | Case No: 2:23-cv-5332-DDP(KSx) |
| Plaintiff, | **ORDER** |
| vs. | |
| RATAN HOSPITALITY LLC, | |
| Defendant. | |

On Motion and good cause shown,

IT IS ORDERED dismissing the above cause of action with prejudice; each party to bear their own attorney fees, costs and expenses.

DATED this 21st day of August, 2023.

_____
Judge of the U.S. District Court